## George Dennis Penn, III

### v.

## Commonwealth

Record No. 920043

September 18, 1992

Present: Carrico, C.J., Compton, Stephenson, Whiting, Lacy, and Hassell, JJ.,
and Poff, Senior Justice

*William R. Light* for appellant.

*Eugene Murphy, Assistant Attorney General (Mary Sue Terry, Attorney General*, on brief), for appellee.

## PER CURIAM.

We granted the petition for appeal in this case to consider whether the Court of Appeals erred in ruling that the trial court did not err in refusing to suppress evidence seized during a search made pursuant to an unlawful misdemeanor arrest.

We have considered the question, and, for the reasons stated in the opinion of the Court of Appeals reported in 13 Va. App. 399, 412 S.E.2d 189 (1991), we will affirm its judgment.

*Affirmed.*